UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| SAMANTHA SEWARD, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-CV-601-SEB-JPG |
| | ) | |
| ALEXANDER PROPERTIES GROUP, | ) | |
| INC., | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court, having this day granted Defendant's Motion to Dismiss,

**IT IS NOW ADJUDGED** that this cause of action be, and the same is

**DISMISSED WITHOUT PREJUDICE**.  IT IS SO ORDERED.

Date:  _11/21/2005_____

_Sarah Evans Barker_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:
Lindsey Camp Edelmann
HUNTON & WILLIAMS LLP
ledelmann@hunton.com

Jeffrey B. Halbert
HASKIN LAUTER LARUE & GIBBONS
jhalbert@hlllaw.com

Annette Agius Idalski
HUNTON & WILLIAMS LLP
aidalski@hunton.com

Kenneth E. Lauter
HASKIN LAUTER LARUE & GIBBONS
klauter@hlllaw.com

Alan L. McLaughlin
BAKER & DANIELS
alan.mclaughlin@bakerd.com

Catherine A. Meeker
BAKER & DANIELS
cameeker@bakerd.com